IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK COUNTY SELF-FUNDED and DOES 1-25,<br><br>  Defendants. | No. C 09-01603 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS OR TO TRANSFER** |

This matter is set for a hearing on July 17, 2009 on Defendant Clark County's motion to dismiss for lack of personal jurisdiction, or in the alternative, to transfer. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 11, 2009 and a reply brief shall be filed by no later than May 18, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 27, 2009

                                                                                    _____
                                                                                    JEFFREY S. WHITE
                                                                                    UNITED STATES DISTRICT JUDGE