1   ADRIENNE C. PUBLICOVER (SBN 161432)
        Email: Adrienne.publicover@wilsonelser.com
2   LAWRENCE J. ROSE (SBN 129511)
        Email: Lawrence.rose@wilsonelser.com
3   WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
4   525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
5   Tel.: (415) 433-0990
    Fax: (415) 434-1370
6
    Attorneys for Defendant
7   COUNTY OF CLARK, NEVADA
    Erroneously named as CLARK COUNTY
8   SELF-FUNDED

9

10                      **UNITED STATES DISTRICT COURT**

11                      **NORTHERN DISTRICT OF CALIFORNIA**

12

13  CHILDREN'S HOSPITAL AND                    )   Case No.: CV-09-01603 JSW
    RESEARCH CENTER AT OAKLAND,                )
14  a California non-profit corporation public )
    benefit corporation,                       )   [PROPOSED] ORDER ON
15                                             )   DEFENDANT'S REQUEST TO ATTEND
                    Plaintiff,                  )   EARLY NEUTRAL EVALUATION VIA
16                                             )   ELECTRONIC MEANS
            vs.                                )
17                                             )
    CLARK COUNTY SELF-FUNDED, an entity        )
18  of unknown form, and DOES 1 TO 25,         )   E.N.E. Date:  **September 25, 2009**
    inclusive,                                 )
19                                             )
                    Defendants.                )
20                                             )

21

22          The application of the defendant, County of Clark, Nevada, having been timely received,

23  and good cause appearing therefor,

24          IT IS HEREBY ORDERED THAT the defendant, County of Clark, Nevada, is granted

25  leave for its representatives to attend the Early Neutral Evaluation of this matter by means of a

26  video conference connection, or, if necessary, a telephone conference connection. The County's

27

28                                          1
                              **[PROPOSED] ORDER**
    Case No. CV09-01603 JSW
    474431.1

1    representatives shall remain available for the entire session, unless excused by the Evaluator.

2

3    DATED:  SEPTEMBER //, 2009

4

5                                          _____
                                           HON. WAYNE D. BRAZIL
6                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2
                            [PROPOSED] ORDER
     Case No. CV09-01603 JSW
     474431.1