```
 1  ADRIENNE C. PUBLICOVER (SBN 161432)
       Email: Adrienne.publicover@wilsonelser.com
 2  LAWRENCE J. ROSE (SBN 129511)
       Email: Lawrence.rose@wilsonelser.com
 3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 4  525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
 5  Tel.: (415) 433-0990
    Fax: (415) 434-1370
 6
    Attorneys for Defendant
 7  COUNTY OF CLARK, NEVADA
    Erroneously named as CLARK COUNTY
 8  SELF-FUNDED
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND, a California non-profit corporation public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SELF-FUNDED, an entity of unknown form, and DOES 1 TO 25, inclusive,<br><br>Defendants. | Case No.: CV-09-01603 JSW<br><br>[PROPOSED] ORDER ON DEFENDANT'S REQUEST TO ATTEND EARLY NEUTRAL EVALUTION VIA ELECTRONIC MEANS<br><br>E.N.E. Date: September 25, 2009 |

The application of the defendant, County of Clark, Nevada, having been timely received, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the defendant, County of Clark, Nevada, is granted leave for its representatives to attend the Early Neutral Evaluation of this matter by means of a video conference connection, or, if necessary, a telephone conference connection. The County's

---

1

**[PROPOSED] ORDER**
Case No. CV09-01603 JSW
474431.1

1 | representatives shall remain available for the entire session, unless excused by the Evaluator.

2

3 | DATED: SEPTEMBER 11, 2009

4

5

6

*[signature]*

HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER
Case No. CV09-01603 JSW
474431.1