1  STEPHENSON, ACQUISTO & COLMAN
2  JOY Y. STEPHENSON, ESQ.  (SBN 113755)
   BARRY SULLIVAN, ESQ.     (SBN 136571)
3  GREGORY C. LEHMAN, ESQ. (SBN 199515)
4  303 N. Glenoaks Blvd., Suite 700
   Burbank, CA 91502
5
6  Telephone:  (818) 559-4477
   Facsimile:   (818) 559-5484
7
8  Attorneys for Plaintiff
   CHILDREN'S HOSPITAL AND RESEARCH
9  CENTER AT OAKLAND

10              UNITED STATES DISTRICT COURT
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

| 13 | CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND, a California nonprofit corporation public benefit corporation, | Case No.:   CV-09-01603 JSW |
|---|---|---|
| 14 | | [PROPOSED] |
| 15 | | |
| 16 | Plaintiff, | **ORDER MODIFING DISCOVERY AND BRIEFING SCHEDULE FOR MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE** |
| 17 | vs. | |
| 18 | CLARK COUNTY SELF-FUNDED, an entity of unknown form; and DOES 1 THROUGH 25, INCLUSIVE | |
| 19 | | |
| 20 | | HON. JEFFREY S. WHITE |
| 21 | Defendants | Hearing Date Not Set |

22
23
24
25          Upon consideration of the Joint Stipulation To Modify Discovery And
26  Briefing Schedule On Motion To Dismiss, Or In The Alternative To Transfer
27  Venue, and good cause having been shown, IT IS HEREBY ORDERED THAT:
28

[proposed] order continuing dates         - 1 -    [PROPOSED]
                                                   ORDER MODIFING DISCOVERY AND BRIEFING
                                                   SCHEDULE FOR MOTION TO DISMISS, OR IN THE
                                                   ALTERNATIVE TO TRANSFER VENUE

1 | With respect to the pending Motion to Dismiss, or in the alternative,
2 | Transfer, currently pending before the court, the schedule for completion of
3 | Plaintiff's limited discovery and the supplemental briefing by the parties is
4 | modified as follows:

6 |     Cutoff for Plaintiff's Deposition:   October 30, 2009;

8 |     Plaintiff's supplemental opposition due:   November 6, 2009;

10 |     Defendant's supplemental reply due:   November 13, 2009.

12 | **IT IS SO ORDERED**

14 | DATED:   October 8, 2009     _____
15 |     HON. JEFFREY S. WHITE
16 |     UNITED STATES DISTRICT JUDGE