STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ. (SBN 136571)
GREGORY C. LEHMAN, ESQ. (SBN 199515)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
CHILDREN'S HOSPITAL AND RESEARCH
CENTER AT OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND, a California nonprofit corporation public benefit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SELF-FUNDED, an entity of unknown form; and DOES 1 THROUGH 25, INCLUSIVE<br><br>    Defendants | Case No.: CV-09-01603 JSW<br><br>**[PROPOSED]**<br><br>**ORDER MODIFYING DISCOVERY AND BRIEFING SCHEDULE FOR MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER VENUE**<br><br>HON. JEFFREY S. WHITE<br><br>Hearing Date Not Set |

Upon consideration of the Joint Stipulation To Modify Discovery And Briefing Schedule On Motion To Dismiss, Or In The Alternative To Transfer Venue, and good cause having been shown, IT IS HEREBY ORDERED THAT:

With respect to the pending Motion to Dismiss, or in the alternative, Transfer, currently pending before the court, the schedule for completion of Plaintiff's limited discovery and the supplemental briefing by the parties is modified as follows:

Cutoff for Plaintiff's Deposition: October 30, 2009;

Plaintiff's supplemental opposition due: November 6, 2009;

Defendant's supplemental reply due: November 13, 2009.

**IT IS SO ORDERED**

DATED: October 8, 2009  _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE